**FILED**

APR 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JUAN RAMON MEDA-VIRGEN,

        Defendant.
_____/

REASSIGNMENT ORDER

2:07-cr-0055-DFL

    Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings.

    Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number 2:07-cr-0055-EJG.

    The parties are advised that the pending dates for the trial confirmation hearing and trial are subject to modification by the Court.

1  IT IS ALSO ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of criminal cases to
3  compensate for this reassignment.
4  IT IS SO ORDERED.

6  DATED: April 17, 2007

7  GARLAND E. BURRELL, JR.
   Designated Chief U.S. District Judge

10  Having reviewed the file, I accept assignment of this
11  case for all further proceedings.

12  DATED: 4/17/07

13  EDWARD J. GARCIA
14  United States District Judge